992 A.2d 111

**In re Kelsey Lauren MILLER, a Minor Under the Age of Fourteen Years.**

**Petition of Kristi L. George.**

Supreme Court of Pennsylvania.

April 7, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED** with respect to the following issue:

Does the parent of a minor child under the age of fourteen have standing to challenge the appointment of a guardian of that child's estate made pursuant to a petition filed under Pennsylvania Orphans' Court Rule 12.5? *See Senseman's Appeal,* 21 Pa. 331, 333 (1853).

992 A.2d 111

**Derrick CAMPBELL, Petitioner**

v.

**Lenard COHEN, Respondent.**

**No. 181 EM 2009.**

Supreme Court of Pennsylvania.

April 8, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of April, 2010, the Application for Relief per Pa.R.A.P. 123 is **DENIED.**